# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ashley Theresa Goodman, | Civil Case No.: 21-cv-2648 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| Coronado Student Loan Trust,<br>Pennsylvania Higher<br>Education Assistance Agency,<br>American Education Services, | |
| Defendants. | |

On March 3, 2022, the parties filed a Stipulation to Extend Time to Answer [Docket No. 14]. Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulation to Extend Time to Answer [Docket No. 14] is APPROVED; and

2. Defendant Coronado Student Loan Trust shall answer or otherwise respond to the Plaintiff's complaint by no later than twenty (20) days after the Court issues its Order on Defendants' Pennsylvania Higher Education Assistance Agency and American Education Services Motion to Dismiss [Docket No. 4].

DATED:  March 4, 2022              s/Leo I. Brisbois
                                    Hon. Leo I. Brisbois
                                    U.S MAGISTRATE JUDGE